UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                CR. No. S-05-144-DFL

ADRIAN DAMIAN-BALDOVINOS,

    Defendant.
_____/   <u>RELATED CASE ORDER</u>

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                CR. No. S-05-145-EJG

ROSALVA BERNAL and
BENITO LE DESEMA,

    Defendants.
_____/

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123, (E.D. Cal. 2005).

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related

cases are generally assigned to the judge to whom the first filed action was assigned.

   IT IS THEREFORE ORDERED that the action denominated CR. NO. 05-145-EJG is reassigned to Judge David F. Levi for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. 05-145-DFL.

   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED:  5/3/2005

_____
DAVID F. LEVI
Chief United States District Judge

2