DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

**OK/HAV**

Attorney for Defendant
ADRIAN BALDOVINOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. 2:05-cr-0144 DFL |
|                         )             | |
|              Plaintiff,  )            | |
|                         )             | STIPULATION AND ORDER VACATING |
|     v.                  )             | DATE, CONTINUING CASE, AND |
|                         )             | EXCLUDING TIME |
| ADRIAN BALDOVINOS        )            | |
|              Defendant.  )            | |
|                         )             | Date:  August 25, 2005 |
| _____ )      | Time:  10:00 a.m. |
|                         )             | Judge: Hon. David F. Levi |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ADRIAN BALDOVINOS, that the status conference scheduled for June 30, 2005, be vacated and the matter be continued to this Court's criminal calendar on August 25, 2005, at 10:00 a.m.

   This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, and finalization of plea agreements.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 25, 2005 date, and that Mr. Hitt has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: June 28, 2005         /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             ADRIAN BALDOVINOS

Dated: June 28, 2005         /S/ Jason Hitt
                             JASON HITT
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: JUNE 29, 2005

_____
DAVID F. LEVI
United States District Judge

Stipulation and Order                    2